DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES J. NIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1235

_____

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Lee County; Robert J. Banning, Judge.

James J. Nixon, pro se.


PER CURIAM.

     Affirmed.

SILBERMAN, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.